labor was enunciated before the passage of section 876-a, and the statute was not intended to lessen the rights of labor under the principles so enunciated.

The judgment should be reversed, and the complaint dismissed.

Dore, J., concurs with Callahan, J.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, v. DAVID L. MILMAN and Others, Appellants.— Judgment unanimously modified by requiring that as a condition of the rescission of the three [four] policies affected thereby the plaintiff repay to the defendant the unearned interest payments which have been applied by the plaintiff to the reduction of loans against those policies, and as so modified affirmed, with costs to the respondent. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

STELLA WECHSLER and IRVING TRUST COMPANY, as Executors, etc., of SIGMUND WECHSLER, Deceased, Appellants, v. JOHN BYRNE and Others, Respondents.— Judgment unanimously affirmed, with costs to the respondents. The defendant John Byrne having died on May 11, 1940, subsequent to the argument of the appeal, the above determination is ordered to be entered *nunc pro tunc* as of April 23, 1940. (See *Russell* v. *Butler Grocery Co.*, 240 App. Div. 31.) Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 58–59 REALTY CORPORATION, Respondent, Appellant, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants, Respondents.— Order, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 277 PARK AVENUE CORPORATION, Respondent, Appellant, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants, Respondents. (Taxes for the Year 1935.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. 277 PARK AVENUE CORPORATION, Respondent, Appellant, v. WILLIAM STANLEY MILLER and Others, etc., Appellants, Respondents. (Taxes for the Year 1937.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. 277 PARK AVENUE CORPORATION, Respondent, Appellant, v. WILLIAM STANLEY MILLER and Others, etc., Respondents. (Taxes for Years 1938 and First Half of 1939.) — Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VAN RENSSELAER ESTATES, INC., Respondent, and BEN B. HOFSTADTER, Successor Trustee under Trust Mortgage from Van Rensselaer Estates, Inc., Respondent, Appellant, v. HENRY M. GOLDFOGLE and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. BEN B. HOFSTADTER, Successor Trustee under Trust Mortgage from Van Rensselaer Estates, Inc., Respondent, Appellant, v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the relator-respondent, Van Rensselaer Estates, Inc. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.